NUMBER 13-02-718-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

_______________________________________________________________

 

JO ANN AND LEO KUCERA,                                                 Appellants,

 

                                                   v.

 

JOHN
R. COURTNEY,                                                             Appellee.

________________________________________________________________

 

                      On appeal from County
Court at Law No. 2 

                                  of Victoria County, Texas.

_______________________________________________________________

 

                          MEMORANDUM OPINION

 

                   Before Justices
Rodriguez, Castillo, and Kennedy[1]

Opinion
Per Curiam

 








Appellants, JO ANN AND LEO KUCERA, perfected an appeal from a judgment entered
by County Court at Law No. 2 of Victoria County,
Texas, in cause number 2-11,132.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal.  In the motion, appellants state that the
trial court entered an order on December 31, 2002, granting appellants a new
trial.  Appellants state that their
appeal is therefore moot and should be dismissed.

The Court, having
considered the documents on file and appellants= motion to dismiss the appeal, is of the opinion
that the motion should be granted.  Appellants= motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

 

Opinion delivered and filed this

the 23rd
day of January, 2003.

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code
Ann. ' 74.003 (Vernon 1998).